# Exhibit A

# Characterization of E-Liquid

## Analytical Test Report



**Prepared for *Bidi Vapor LLC***

**Project Code:** PQ1-E  **Date:** February 5, 2021

<a>
</a>

<b>
</b>



Project Code: PQ1-E

## 1  TABLE OF CONTENTS

1  TABLE OF CONTENTS ................................................................................................................ 2

2  USE OF LABSTAT'S ANALYTICAL REPORTS ........................................................................ 4

3  ADMINISTRATIVE INFORMATION ........................................................................................... 5

   3.1  Quotation Identification ................................................................................................. 5

   3.2  Client Identification ........................................................................................................ 5

4  SAMPLE HANDLING .................................................................................................................... 5

   4.1  Chain of Custody ............................................................................................................ 5

   4.2  Sample Characterization and Coding ........................................................................... 5

      4.2.1  Sample Characteristics ....................................................................................... 5

      4.2.2  Sample Identification .......................................................................................... 5

      4.2.3  Physical Measurements ...................................................................................... 7

5  PROJECT-SPECIFIC INSTRUCTIONS ....................................................................................... 7

6  EXPERIMENTAL DESIGN AND METHODS ............................................................................. 7

   6.1  Analytical Methods ......................................................................................................... 7

      6.1.1  E-Liquid Analysis ................................................................................................ 7

      6.1.2  Method References and Synopses ..................................................................... 8

   6.2  Method Modifications .................................................................................................... 8

7  ACCEPTANCE OF DATA .............................................................................................................. 9

   7.1  Evaluation of Results from Control Samples .............................................................. 9

   7.2  Identification of Outliers ................................................................................................ 9

      7.2.1  Outlier Definition ................................................................................................. 9

      7.2.2  Statistical Criteria ................................................................................................ 9

8  RESULTS ........................................................................................................................................ 10

   8.1  Quality Control .............................................................................................................. 10



**Project Code:  PQ1-E**

8.2    **Analytical Data** ................................................................................................................ 10

    8.2.1    Sample Statistic Calculations ................................................................................................. 10

**9**    **ACCREDITATION** ................................................................................................................. 11

**10**    **AUTHORIZATION** ................................................................................................................. 11

**11**    **APPENDIX A: "RAW" DATA AND SUMMARY STATISTICS** ............................................. 11



**Project Code: PQ1-E**

## 2  USE OF LABSTAT'S[1] ANALYTICAL REPORTS

Unless otherwise specified by contract, our contractual obligations extend *only* to the provision of data and related reports as required by Labstat's ISO 17025 accreditation. It should be noted that:

*LABSTAT makes no warranties on the CLIENT'S overall product(s). All LABSTAT reports on the results of product testing relate only to the sample(s) received and tested by LABSTAT at the time of testing. LABSTAT warrants that all sample(s) were tested in accordance with its Standard Test Procedures and in accordance with its ISO 17025 accreditation.*

*Any report or results furnished by LABSTAT is furnished solely for the benefit of CLIENT and any of its Designated Representative(s) and shall be the confidential property of CLIENT. CLIENT shall not at any time misrepresent, amend, or alter the content of any report or other information received from or relating to LABSTAT or its work on behalf of CLIENT.*

*Unless otherwise required by law, LABSTAT shall provide its report only to the Designated Representative(s).*

*Any action taken by CLIENT based on results and reports designated by LABSTAT as "preliminary" or "verbal" or "partial" are at CLIENT'S own risk. However, any decision to recall or withdraw product based on test results is CLIENT'S sole responsibility and CLIENT shall bear all costs and liability related to any such decision.*

*CLIENT shall not, without prior written consent of LABSTAT, use LABSTAT's name, trademark, logo or any results or reports prepared by LABSTAT in connection with any sale, marketing or advertising. CLIENT shall not, under any circumstances, use LABSTAT's name, trademark, logo or any results or report prepared by LABSTAT in any manner which may cause harm to LABSTAT's reputation and/or business.*

*CLIENTS that request a re-test agree to pay additional fee if LABSTAT confirms original findings.*

*The CLIENT further agrees that it shall not release, nor authorize the release of, information in connection with any certificates of analysis for cannabis generated or provided by LABSTAT.*

This report is the source document, and is considered to be the only official report of the results contained. Any electronic export of these results must reference this document in full.

---

[1] Labstat International Inc.,

262 Manitou Drive, Kitchener, ON Canada N2C lL3

Phone: (519) 748-5409; Fax: (519) 748-1654; Email: labstat@labstat.com



**Project Code:  PQ1-E**

## 3  ADMINISTRATIVE INFORMATION

### 3.1  QUOTATION IDENTIFICATION

**Quotation Number:**  3509(5)

**Date of Quotation:**  January 21, 2021

**Recipient's Name:**  Niraj Patel

### 3.2  CLIENT IDENTIFICATION

Bidi Vapor LLC

4460 Old Dixie Hwy

Grant

Florida, USA, 32949

## 4  SAMPLE HANDLING

### 4.1  CHAIN OF CUSTODY

The samples to be tested for project PQ1-E were received on January 11, 2021 via FedEx and on January 18, 2021 via FedEx.

### 4.2  SAMPLE CHARACTERIZATION AND CODING

#### 4.2.1  SAMPLE CHARACTERISTICS

The shipment received on January 11, 2021 consisted of one box for each of nine products. The shipment received on January 18, 2021 consisted of one box for each of two products and additional sample for each of four products. There was no physical damage to boxes. Individual test items were normal in appearance.

#### 4.2.2  SAMPLE IDENTIFICATION

The following sample codes have been used to identify the products associated with the results in each of the tables that are part of this report.

| Labstat Product ID | Product Type | Client Product ID | Modifier |
|---|---|---|---|
| 1806524 | Disposable E-Device | POP - Banana Ice - 5% | Pod 1 |
| 1806525 | Disposable E-Device | POP - Banana Ice - 5% | Pod 2 |
| 1806526 | Disposable E-Device | POP - Banana Ice - 5% | Pod 3 |
| 1806527 | Disposable E-Device | POP - Banana Ice - 5% | Pooled pods |

Test Report prepared by Labstat International Inc.



**Project Code: PQ1-E**

Page 6 of 11

| Labstat Product ID | Product Type | Client Product ID | Modifier |
|---|---|---|---|
| 1806528 | Disposable E-Device | HQD - Banana Ice - 5% | Pod 1 |
| 1806529 | Disposable E-Device | HQD - Banana Ice - 5% | Pod 2 |
| 1806530 | Disposable E-Device | HQD - Banana Ice - 5% | Pod 3 |
| 1806531 | Disposable E-Device | HQD - Banana Ice - 5% | Pooled pods |
| 1806532 | Disposable E-Device | HQD - Blueberry - 5% | Pod 1 |
| 1806533 | Disposable E-Device | HQD - Blueberry - 5% | Pod 2 |
| 1806534 | Disposable E-Device | HQD - Blueberry - 5% | Pod 3 |
| 1806535 | Disposable E-Device | HQD - Blueberry - 5% | Pooled pods |
| 1806536 | Disposable E-Device | KANGVAPE - Banana Ice - 5% | Pod 1 |
| 1806537 | Disposable E-Device | KANGVAPE - Banana Ice - 5% | Pod 2 |
| 1806538 | Disposable E-Device | KANGVAPE - Banana Ice - 5% | Pod 3 |
| 1806539 | Disposable E-Device | KANGVAPE - Banana Ice - 5% | Pooled pods |
| 1806540 | Disposable E-Device | KANGVAPE - Blueberry Lemon - 5% | Pod 1 |
| 1806541 | Disposable E-Device | KANGVAPE - Blueberry Lemon - 5% | Pod 2 |
| 1806542 | Disposable E-Device | KANGVAPE - Blueberry Lemon - 5% | Pod 3 |
| 1806543 | Disposable E-Device | KANGVAPE - Blueberry Lemon - 5% | Pooled pods |
| 1806544 | Disposable E-Device | POP - Lush Ice - 5% | Pod 1 |
| 1806545 | Disposable E-Device | POP - Lush Ice - 5% | Pod 2 |
| 1806546 | Disposable E-Device | POP - Lush Ice - 5% | Pod 3 |
| 1806547 | Disposable E-Device | POP - Lush Ice - 5% | Pooled pods |
| 1806548 | Disposable E-Device | MNGO - Blueberry - Mango - 6% | Pod 1 |
| 1806549 | Disposable E-Device | MNGO - Blueberry - Mango - 6% | Pod 2 |
| 1806550 | Disposable E-Device | MNGO - Blueberry - Mango - 6% | Pod 3 |
| 1806551 | Disposable E-Device | MNGO - Blueberry - Mango - 6% | Pooled pods |
| 1806552 | Disposable E-Device | MNGO - Iced Banana - 6% | Pod 1 |
| 1806553 | Disposable E-Device | MNGO - Iced Banana - 6% | Pod 2 |
| 1806554 | Disposable E-Device | MNGO - Iced Banana - 6% | Pod 3 |
| 1806555 | Disposable E-Device | MNGO - Iced Banana - 6% | Pooled pods |
| 1806556 | Disposable E-Device | MNGO - Strawberry - Mango - 6% | Pod 1 |
| 1806557 | Disposable E-Device | MNGO - Strawberry - Mango - 6% | Pod 2 |
| 1806558 | Disposable E-Device | MNGO - Strawberry - Mango - 6% | Pod 3 |
| 1806559 | Disposable E-Device | MNGO - Strawberry - Mango - 6% | Pooled pods |
| 1806560 | Disposable E-Device | BARE FLOW - Lemon Ice - 5% | Pod 1 |
| 1806561 | Disposable E-Device | BARE FLOW - Lemon Ice - 5% | Pod 2 |
| 1806562 | Disposable E-Device | BARE FLOW - Lemon Ice - 5% | Pod 3 |
| 1806563 | Disposable E-Device | BARE FLOW - Lemon Ice - 5% | Pooled pods |
| 1806564 | Disposable E-Device | BARE FLOW - Mango Ice - 5% | Pod 1 |
| 1806565 | Disposable E-Device | BARE FLOW - Mango Ice - 5% | Pod 2 |
| 1806566 | Disposable E-Device | BARE FLOW - Mango Ice - 5% | Pod 3 |
| 1806567 | Disposable E-Device | BARE FLOW - Mango Ice - 5% | Pooled pods |



**Project Code: PQ1-E**

Page 7 of 11

### 4.2.3 PHYSICAL MEASUREMENTS

Physical measurements were made on all test items and no unusual findings were noted.

## 5 PROJECT-SPECIFIC INSTRUCTIONS

No special instructions, with respect to the selection of the test sample and/or compositing, were received.

## 6 EXPERIMENTAL DESIGN AND METHODS

The following is a summary of the instructions that have been received from the client in regard to the puffing and analysis of the e-cigarette products in this project.

### 6.1 ANALYTICAL METHODS[2]

#### 6.1.1 E-LIQUID ANALYSIS

Test methods for the analysis of e-liquid are referenced in the tables below, and the test method modifications listed in this report have been validated and were practiced as written unless otherwise indicated.

**METHODS FOR THE COLLECTION OF CONSTITUENT DATA ON E-LIQUIDS**

| Item | Constituent | Labstat Method | Method Description |
|---|---|---|---|
| 1. | Nicotine | TMS-00115a Appendix E | *Determination of NFDPM, Nicotine, CO, Water and Humectants (Additives) in E-Liquids and Emissions from E-Cigarettes, Heat-Not-Burn Products, Cannabis and Tobacco* |
| 3. | Density | TEL-00001 | *Gravimetric Determination of the Density of Homogenous Liquids by Pycnometer* |

---

[2] The most current version available at the time of testing was used for all test methods listed.



### 6.1.2 METHOD REFERENCES AND SYNOPSES

#### 6.1.2.1 MAINSTREAM NICOTINE, NFDPM, CO, HUMECTANTS, TRIACETIN, AND MENTHOL (LABSTAT METHOD TMS-00115A APPENDIX E)

##### 6.1.2.1.1 METHOD SYNOPSIS FOR E-LIQUIDS

E-liquid was mixed with an IPA solution containing internal standard (trans-Anethole) using a platform shaker. The extracts were analyzed by GC-FID using a wax capillary column or equivalent.

#### 6.1.2.2 DENSITY (LABSTAT METHOD TEL-00001)

##### 6.1.2.2.1 METHOD SYNOPSIS

A clean and dry 2mL or 10mL pycnometer was weighed using an analytical balance. The pycnometer was filled with Type I water of known temperature and weighed, to determine the mass of the water. The pycnometer was then emptied, dried, and filled with a homogenous solution of interest before being weighed again. The density of the solution of interest was determined using the volumes and observed masses.

##### 6.1.2.2.2 E-LIQUID EXTRACTION FROM CARTOMIZERS

Extraction of e-liquid from cartomizers was carried by using centrifuge. Centrifugation all happened at 4500rpm for 5 minutes in falcon tubes with entire device in the tube. For cartomizers that did not produce liquid from just centrifugation, the cartomizers were deconstructed as follows prior centrifugation:

- Mouth end piece was removed by pulling off the end using side cutters
- All internal components other than battery were pulled out (silicone rings, and wads) using tweezers and put into the falcon tube
- Then spun down in the centrifuge along with all other components as there was liquid still on the inside of the device cavity

It must be noted however that the procedures described above were not successful in removing all the e-liquid from the devices. Additional attempts to evaluate the amount of e-liquid remaining in the devices by attempting a solvent extraction, were unsuccessful due to the nature of the products tested.

### 6.2 METHOD MODIFICATIONS

Methods were followed as written (see Section 6).



**Project Code: PQ1-E**

## 7   ACCEPTANCE OF DATA

### 7.1   EVALUATION OF RESULTS FROM CONTROL SAMPLES

The control article routinely used for the chemistry analysis of tobacco products is a reference product tobacco matrix (such as 3R4F). As the tobacco matrix is unlikely to be representative of e-cigarettes, this type of control article is not used to assess method performance for the e-cigarettes. Instead, the decision to accept or reject the data is made upon the ability of the method to recover the analyte of interest either in the form of a laboratory fortified blank (LFB) or laboratory fortified matrix (LFM). Acceptable recoveries are close to 100%, but vary depending on the analyte.

### 7.2   IDENTIFICATION OF OUTLIERS[3]

#### 7.2.1   OUTLIER DEFINITION

An outlying observation, or "outlier," is one that appears to deviate markedly from other members of the sample in which it occurs. In this case, there are two alternatives:

1. An outlying observation may be merely an extreme manifestation of the random variability inherent in the data. If this is true, the value is retained and processed in the same manner as the other observations in the sample.

2. The observation may be the result of gross deviation from prescribed experimental procedure or an error in calculating or recording the numerical value. In such cases, an investigation must be carried out. When the experimenter is clearly aware that a gross deviation from prescribed experimental procedure has taken place, the resultant observation is discarded (assignable cause) without recourse to a statistical test. A statistical test may always be used to support a judgment that a physical reason does actually exist for an outlier, or the statistical criterion may be used routinely as a basis to initiate action to find a physical cause.

#### 7.2.2   STATISTICAL CRITERIA

There are a number of criteria for testing outliers. In all of these, the doubtful observation is included in the calculation of the numerical value of a sample criterion (or statistic) that is then compared with a critical value. The critical value is that which would be exceeded by chance with some specified (small) probability on the assumption that all the observations did indeed constitute a random sample from a single parent population, distribution or universe. The specified small probability is called the "significance level" and can be thought of as the risk of erroneously rejecting a good observation. A level of significance of 0.02 has been chosen in conjunction with the statistical test and tables described in ASTM E178-08[4].

---

[3] The term "outlier" has been defined in International Standard ISO 3534-1:2006 entitled "*Statistics - Vocabulary and symbols - Part 1: General statistical terms and terms used in probability*"

[4] ASTM Designation: E178-08. Standard Practice for Dealing with Outlying Observations



**Project Code: PQ1-E**

Significant departures from the expected results (i.e. "outliers") are viewed seriously, requiring an investigation for an assignable cause. This is a documented procedure that, at a minimum, consists of the following steps:

1. Review of all associated calculations to ensure that arithmetic errors have not been made
2. Review of linearity range for any standards
3. Assessment of instrument status
4. Review of reagents, columns, standards etc. to ensure that contamination or decomposition has not occurred
5. Review of sample preparation and handling procedures as they relate to the result in question

If the outlier is present in the analyte data and an assignable cause is found, the test result is removed from the data set but recorded in the quality control section of the laboratory's record of test results for that project. The analysis must then be repeated. If the outlier is present in the ancillary[5] data and an assignable cause is found, the test result is not removed, but rather the outlying observation is replaced by the designation "AC" (Assignable Cause). If this investigation fails to determine an assignable cause, the test result is assumed to be a legitimate member of the data set and is included in all subsequent calculations.

# 8 RESULTS

## 8.1 QUALITY CONTROL

The control results for the variables of interest were acceptable as defined in section 7.1. Consequently it is reasonable to assume that the values determined for the test samples are reflective of the characteristics of the products as received and tested as described in the Analytical Methods section.

## 8.2 ANALYTICAL DATA

Individual results and the corresponding sample statistics (consisting of means, standard deviations, and coefficients of variation or 95% confidence limits) may be found in the data file, labeled *PQ1-E_el_dataCF.xls*, which accompanies this report.

### 8.2.1 SAMPLE STATISTIC CALCULATIONS

In cases where a sample result is below the limit of detection (LOD), the average of the value zero (0) and the LOD is used in the sample statistic calculation. In cases where a sample result is between the LOD and the limit of quantification (LOQ), the average of the LOD and the LOQ is used in the sample statistic calculation.

---

[5] Data, which are related, but not normally required as part of the reporting process (e.g. puff counts, TPM, cigarette weights etc.). Outliers in the analyte data that have an assignable cause are always repeated.



**Project Code: PQ1-E**

## 9 ACCREDITATION

Labstat International Inc. has been accredited by the Standards Council of Canada to International Standard ISO/IEC 17025 "*General requirements for the competence of testing and calibration laboratories*" with a scope that includes all of the mandated tobacco-related Health Canada methods (see Tobacco Reporting Regulations dated 04 March 2019, Canada Gazette, Part II, Volume 153, Number 6, Schedules 1, 2 and 3). The testing included in this report is within the scope of this accreditation, unless otherwise noted.

  

## 10 AUTHORIZATION

This report has been reviewed by me and is certified, to the best of my knowledge, to be a true and accurate description of the procedures, protocols and test methods used to arrive at the data and/or findings that accompany this report.

Dated: February 5, 2021

_____

Mingliang Bao, Ph.D.

Principal Scientist,

Labstat International Inc.

## 11 APPENDIX A: "RAW" DATA AND SUMMARY STATISTICS

# See Accompanying Data Files or Enclosed CD

## Use of Labstat's[1] Analytical Reports[2]

Unless otherwise specified by contract, our contractual obligations extend *only* to the provision of data and related reports as required by Labstat's ISO 17025 accreditation.  It should be noted that:

> *LABSTAT makes no warranties on the CLIENT'S overall product(s).  All LABSTAT reports on the results of product testing relate only to the sample(s) received and tested by LABSTAT at the time of testing.  LABSTAT warrants that all sample(s) were tested in accordance with its Standard Test Procedures and in accordance with its ISO 17025 accreditation.*

> *Any report or results furnished by LABSTAT is furnished solely for the benefit of the CLIENT and any of its Designated Representative(s) and shall be the confidential property of the CLIENT.  The CLIENT shall not at any time misrepresent, amend, or alter the content of any report or other information received from or relating to LABSTAT or its work on behalf of the CLIENT.*

> *Unless otherwise required by law, LABSTAT shall provide its report only to the Designated Representative(s).*

> *Any action taken by the CLIENT based on results and reports designated by LABSTAT as "preliminary" or "verbal" or "partial" are at the CLIENT'S own risk.  However, any decision to recall or withdraw product based on test results is the CLIENT'S sole responsibility and the CLIENT shall bear all costs and liability related to any such decision.*

> *The CLIENT shall not, without prior written consent of LABSTAT, use LABSTAT's name, trademark, logo or any results or reports prepared by LABSTAT in connection with any sale, marketing or advertising.  The CLIENT shall not, under any circumstances, use LABSTAT's name, trademark, logo or any results or report prepared by LABSTAT in any manner which may cause harm to LABSTAT's reputation and/or business.*

> *CLIENTS that request a re-test agree to pay an additional fee if LABSTAT confirms original findings.*

> *The CLIENT further agrees that it shall not release, nor authorize the release of, information in connection with any certificates of analysis for cannabis generated or provided by LABSTAT.*

This report is the source document, and is considered to be the only official report of the results contained.  Any electronic export of these results must reference this document in full.

---

1 Labstat International Inc.
262 Manitou Drive, Kitchener, ON Canada N2C 1L3
Phone: (519) 748-5409; Fax: (519) 748-1654; Email: labstat@labstat.com

2. This document may not be reproduced, in whole or in part in any form, without the written consent of the author(s) on behalf of Labstat International Inc.

## Attribution Policy

Labstat International Inc. ("Labstat") is a private independent analytical laboratory whose services are generally limited to the analysis of tobacco and tobacco related products ("product") provided by clients.  Neither Labstat, as a company, nor its personnel, as individuals, participate in product development, product preparation or the design of experiments related to product characteristics.  It is for this reason that the company does not allow the use of its name (Labstat International Inc.), any part of its name, its address (262 Manitou Drive, Kitchener, Ontario Canada), or any part of its address, its logo (as shown below) or the name of any of its employees to be used in either indirect or direct product marketing or advertising including but not limited to press releases, advertisements in the print media, or public statements regarding product attributes based on test results.



Project: PQ1-E  Private and Confidential  Page 3 of 6

| Sample ID | Product Type | Client Product ID | Modifier |
|---|---|---|---|
| 1806524 | Disposable E-Device | POP - Banana Ice - 5% | POP - Banana Ice - 5% |
| 1806525 | Disposable E-Device | POP - Banana Ice - 5% | POP - Banana Ice - 5% |
| 1806526 | Disposable E-Device | POP - Banana Ice - 5% | POP - Banana Ice - 5% |
| 1806528 | Disposable E-Device | HQD - Banana Ice - 5% | HQD - Banana Ice - 5% |
| 1806529 | Disposable E-Device | HQD - Banana Ice - 5% | HQD - Banana Ice - 5% |
| 1806530 | Disposable E-Device | HQD - Banana Ice - 5% | HQD - Banana Ice - 5% |
| 1806532 | Disposable E-Device | HQD - Blueberry - 5% | HQD - Blueberry - 5% |
| 1806533 | Disposable E-Device | HQD - Blueberry - 5% | HQD - Blueberry - 5% |
| 1806534 | Disposable E-Device | HQD - Blueberry - 5% | HQD - Blueberry - 5% |
| 1806536 | Disposable E-Device | KANGVAPE - Banana Ice - 5% | KANGVAPE - Banana Ice - 5% |
| 1806537 | Disposable E-Device | KANGVAPE - Banana Ice - 5% | KANGVAPE - Banana Ice - 5% |
| 1806538 | Disposable E-Device | KANGVAPE - Banana Ice - 5% | KANGVAPE - Banana Ice - 5% |
| 1806540 | Disposable E-Device | KANGVAPE - Blueberry Lemon - 5% | KANGVAPE - Blueberry Lemon - 5% |
| 1806541 | Disposable E-Device | KANGVAPE - Blueberry Lemon - 5% | KANGVAPE - Blueberry Lemon - 5% |
| 1806542 | Disposable E-Device | KANGVAPE - Blueberry Lemon - 5% | KANGVAPE - Blueberry Lemon - 5% |
| 1806544 | Disposable E-Device | POP - Lush Ice - 5% | POP - Lush Ice - 5% |
| 1806545 | Disposable E-Device | POP - Lush Ice - 5% | POP - Lush Ice - 5% |
| 1806546 | Disposable E-Device | POP - Lush Ice - 5% | POP - Lush Ice - 5% |
| 1806548 | Disposable E-Device | MNGO - Blueberry - Mango - 6% | MNGO - Blueberry - Mango - 6% |
| 1806549 | Disposable E-Device | MNGO - Blueberry - Mango - 6% | MNGO - Blueberry - Mango - 6% |
| 1806550 | Disposable E-Device | MNGO - Blueberry - Mango - 6% | MNGO - Blueberry - Mango - 6% |
| 1806552 | Disposable E-Device | MNGO - Iced Banana - 6% | MNGO - Iced Banana - 6% |
| 1806553 | Disposable E-Device | MNGO - Iced Banana - 6% | MNGO - Iced Banana - 6% |
| 1806554 | Disposable E-Device | MNGO - Iced Banana - 6% | MNGO - Iced Banana - 6% |
| 1806556 | Disposable E-Device | MNGO - Strawberry - Mango - 6% | MNGO - Strawberry - Mango - 6% |
| 1806557 | Disposable E-Device | MNGO - Strawberry - Mango - 6% | MNGO - Strawberry - Mango - 6% |
| 1806558 | Disposable E-Device | MNGO - Strawberry - Mango - 6% | MNGO - Strawberry - Mango - 6% |
| 1806560 | Disposable E-Device | BARE FLOW - Lemon Ice - 5% | BARE FLOW - Lemon Ice - 5% |
| 1806561 | Disposable E-Device | BARE FLOW - Lemon Ice - 5% | BARE FLOW - Lemon Ice - 5% |
| 1806562 | Disposable E-Device | BARE FLOW - Lemon Ice - 5% | BARE FLOW - Lemon Ice - 5% |
| 1806564 | Disposable E-Device | BARE FLOW - Mango Ice - 5% | BARE FLOW - Mango Ice - 5% |
| 1806565 | Disposable E-Device | BARE FLOW - Mango Ice - 5% | BARE FLOW - Mango Ice - 5% |
| 1806566 | Disposable E-Device | BARE FLOW - Mango Ice - 5% | BARE FLOW - Mango Ice - 5% |



# Limits of Detection (LOD) and Limits of Quantification (LOQ) Determined for Selected Constituents in E-Liquid

| Test Method | Analyte | Units | E-Liquid | |
| --- | --- | --- | --- | --- |
| | | | LOD | LOQ |
| TMS-00115a | **Nicotine** | | | |
| | Nicotine | mg/g (as rec'd) | 0.067 | 0.224 |

LOD Definition: The limit of detection (LOD) for a particular analyte is a statistically defined decision point that, with a specified probability, measured results falling at or above this point are interpreted to indicate an analyte concentration greater than zero within the sample.

LOQ Definition: The limit of quantification for a particular analyte is another statistically defined decision point that results falling at or above this point can be assigned a statistically significant numerical value with an associated level of precision. Values falling between the LOD and LOQ are interpreted as a positive but not quantifiable result for the analyte in question.

| Matrix Code | Sample ID | Nicotine [mg/g] | | | |
|---|---|---|---|---|---|
| | | Average | St Dev | L. Limit (95%) | U. Limit (95%) |
| EL | 1806524 | 41.5 | 0.2 | 40.9 | 42.1 |
| EL | 1806525 | 40.3 | 0.2 | 39.7 | 40.9 |
| EL | 1806526 | 41.6 | 0.2 | 41.2 | 42.0 |
| EL | 1806528 | 41.7 | 0.5 | 40.5 | 43.0 |
| EL | 1806529 | 41.9 | 0.7 | 40.0 | 43.7 |
| EL | 1806530 | 42.0 | 0.1 | 41.8 | 42.2 |
| EL | 1806532 | 49.6 | 0.3 | 48.9 | 50.3 |
| EL | 1806533 | 48.9 | 0.4 | 47.8 | 49.9 |
| EL | 1806534 | 49.2 | 0.7 | 47.4 | 50.9 |
| EL | 1806536 | 50.2 | 0.3 | 49.6 | 50.9 |
| EL | 1806537 | 49.6 | 0.5 | 48.4 | 50.9 |
| EL | 1806538 | 49.0 | 0.4 | 48.0 | 50.0 |
| EL | 1806540 | 50.0 | 0.3 | 49.3 | 50.8 |
| EL | 1806541 | 48.7 | 0.6 | 47.3 | 50.0 |
| EL | 1806542 | 49.5 | 0.2 | 48.9 | 50.0 |
| EL | 1806544 | 41.7 | 0.2 | 41.1 | 42.2 |
| EL | 1806545 | 41.2 | 0.6 | 39.7 | 42.7 |
| EL | 1806546 | 36.9 | 1.0 | 34.4 | 39.5 |
| EL | 1806548 | 33.8 | 0.3 | 33.1 | 34.6 |
| EL | 1806549 | 33.4 | 0.3 | 32.5 | 34.2 |
| EL | 1806550 | 34.3 | 0.3 | 33.6 | 35.0 |
| EL | 1806552 | 32.7 | 0.5 | 31.3 | 34.0 |
| EL | 1806553 | 30.7 | 0.5 | 29.5 | 31.9 |
| EL | 1806554 | 30.6 | 1.7 | 26.3 | 34.9 |
| EL | 1806556 | 31.6 | 0.2 | 31.1 | 32.1 |
| EL | 1806557 | 31.4 | 0.1 | 31.1 | 31.7 |
| EL | 1806558 | 31.6 | 0.1 | 31.3 | 31.9 |
| EL | 1806560 | 42.1 | 0.0 | 42.0 | 42.2 |
| EL | 1806561 | 41.6 | 0.3 | 40.8 | 42.4 |
| EL | 1806562 | 41.5 | 0.2 | 41.0 | 42.1 |
| EL | 1806564 | 41.0 | 0.1 | 40.7 | 41.4 |
| EL | 1806565 | 41.6 | 0.8 | 39.8 | 43.5 |
| EL | 1806566 | 41.1 | 0.1 | 40.8 | 41.5 |

**Glossary of Abbreviations**
**L. Limit (95%):** lower limit of the 95% confidence interval
**U. Limit (95%):** upper limit of the 95% confidence interval

Project: PQ1-E — Private and Confidential — Page 6 of 6

### Nicotine Content of E-Liquid: ('As Received') Basis

| Sample ID | Nicotine (mg/g) |
|---|---|
| 1906324 | 41.6 |
| 1906324 | 41.6 |
| 1906324 | 41.2 |
| **Average** | **41.5** |
| Std. Dev. | 0.1 |
| L. Limit (95%) | 40.9 |
| U. Limit (95%) | 41.1 |
| 1906325 | 40.4 |
| 1906325 | 40.1 |
| 1906325 | 40.3 |
| **Average** | **40.3** |
| Std. Dev. | 0.1 |
| L. Limit (95%) | 39.7 |
| U. Limit (95%) | 40.9 |
| 1906326 | 41.6 |
| 1906326 | 41.6 |
| 1906326 | 41.6 |
| **Average** | **41.6** |
| Std. Dev. | 0.1 |
| L. Limit (95%) | 41.2 |
| U. Limit (95%) | 41.1 |
| 1906328 | 41.3 |
| 1906328 | 41.4 |
| 1906328 | 42.3 |
| **Average** | **41.7** |
| Std. Dev. | 0.5 |
| L. Limit (95%) | 40.5 |
| U. Limit (95%) | 43.0 |
| 1906329 | 41.0 |
| 1906329 | 41.5 |
| 1906329 | 42.0 |
| **Average** | **41.5** |
| Std. Dev. | 0.7 |
| L. Limit (95%) | 40.0 |
| U. Limit (95%) | 41.7 |
| 1906330 | 42.0 |
| 1906330 | 41.1 |
| 1906330 | 41.8 |
| **Average** | **42.0** |
| Std. Dev. | 0.1 |
| L. Limit (95%) | 41.6 |
| U. Limit (95%) | 41.7 |
| 1906332 | 49.6 |
| 1906332 | 49.7 |
| 1906332 | 49.3 |
| **Average** | **49.6** |
| Std. Dev. | 0.1 |
| L. Limit (95%) | 48.9 |
| U. Limit (95%) | 50.1 |
| 1906333 | 49.3 |
| 1906333 | 48.5 |
| 1906333 | 48.7 |
| **Average** | **48.9** |
| Std. Dev. | 0.4 |
| L. Limit (95%) | 47.6 |
| U. Limit (95%) | 50.0 |
| 1906334 | 50.0 |
| 1906334 | 48.6 |
| 1906334 | 48.6 |
| **Average** | **49.2** |
| Std. Dev. | 0.7 |
| L. Limit (95%) | 47.4 |
| U. Limit (95%) | 50.9 |
| 1906336 | 50.3 |
| 1906336 | 50.0 |
| 1906336 | 50.0 |
| **Average** | **50.2** |
| Std. Dev. | 0.1 |
| L. Limit (95%) | 49.6 |
| U. Limit (95%) | 50.0 |
| 1906337 | 50.0 |
| 1906337 | 49.5 |
| 1906337 | 49.6 |
| **Average** | **49.6** |
| Std. Dev. | 0.1 |
| L. Limit (95%) | 48.4 |
| U. Limit (95%) | 50.9 |
| 1906338 | 48.6 |
| 1906338 | 49.5 |
| 1906338 | 49.4 |
| **Average** | **49.0** |
| Std. Dev. | 0.1 |
| L. Limit (95%) | 48.0 |
| U. Limit (95%) | 50.0 |
| 1906340 | 50.3 |
| 1906340 | 50.0 |
| 1906340 | 48.7 |
| **Average** | **50.0** |
| Std. Dev. | 0.1 |
| L. Limit (95%) | 49.3 |
| U. Limit (95%) | 50.9 |
| 1906341 | 49.2 |
| 1906341 | 44.1 |
| 1906341 | 49.6 |
| **Average** | **48.7** |
| Std. Dev. | 0.1 |
| L. Limit (95%) | 47.3 |
| U. Limit (95%) | 50.0 |
| 1906342 | 49.4 |
| 1906342 | 49.1 |
| 1906342 | 49.7 |
| **Average** | **49.5** |
| Std. Dev. | 0.1 |
| L. Limit (95%) | 48.9 |
| U. Limit (95%) | 50.0 |
| 1906346 | 41.9 |
| 1906346 | 41.7 |
| 1906346 | 41.8 |
| **Average** | **41.7** |
| Std. Dev. | 0.1 |
| L. Limit (95%) | 41.1 |
| U. Limit (95%) | 42.3 |
| 1906345 | 41.6 |
| 1906345 | 41.4 |
| 1906345 | 40.5 |
| **Average** | **41.2** |
| Std. Dev. | 0.4 |
| L. Limit (95%) | 39.7 |
| U. Limit (95%) | 42.7 |
| 1906346 | 35.9 |
| 1906346 | 37.7 |
| 1906346 | 27.4 |
| **Average** | **38.9** |
| Std. Dev. | 1.0 |
| L. Limit (95%) | 34.2 |
| U. Limit (95%) | 39.5 |
| 1906348 | 34.2 |
| 1906348 | 33.4 |
| 1906348 | 33.7 |
| **Average** | **33.6** |
| Std. Dev. | 0.3 |
| L. Limit (95%) | 32.3 |
| U. Limit (95%) | 34.9 |
| 1906349 | 33.5 |
| 1906349 | 33.7 |
| 1906349 | 33.0 |
| **Average** | **33.4** |
| Std. Dev. | 0.3 |
| L. Limit (95%) | 32.3 |
| U. Limit (95%) | 34.2 |
| 1906350 | 34.5 |
| 1906350 | 34.4 |
| 1906350 | 34.0 |
| **Average** | **34.3** |
| Std. Dev. | 0.3 |
| L. Limit (95%) | 33.0 |
| U. Limit (95%) | 35.0 |
| 1906352 | 32.1 |
| 1906352 | 33.6 |
| 1906352 | 33.1 |
| **Average** | **32.7** |
| Std. Dev. | 0.6 |
| L. Limit (95%) | 31.1 |
| U. Limit (95%) | 34.0 |
| 1906353 | 31.0 |
| 1906353 | 30.1 |
| 1906353 | 30.9 |
| **Average** | **30.7** |
| Std. Dev. | 0.5 |
| L. Limit (95%) | 29.3 |
| U. Limit (95%) | 31.9 |
| 1906354 | 32.6 |
| 1906354 | 28.9 |
| 1906354 | 29.7 |
| **Average** | **30.4** |
| Std. Dev. | 1.7 |
| L. Limit (95%) | 26.0 |
| U. Limit (95%) | 34.9 |
| 1906356 | 31.9 |
| 1906356 | 31.6 |
| 1906356 | 31.6 |
| **Average** | **31.6** |
| Std. Dev. | 0.2 |
| L. Limit (95%) | 31.1 |
| U. Limit (95%) | 32.1 |
| 1906357 | 31.3 |
| 1906357 | 31.5 |
| 1906357 | 31.5 |
| **Average** | **31.4** |
| Std. Dev. | 0.1 |
| L. Limit (95%) | 31.1 |
| U. Limit (95%) | 31.7 |
| 1906358 | 31.7 |
| 1906358 | 31.7 |
| 1906358 | 31.5 |
| **Average** | **31.6** |
| Std. Dev. | 0.1 |
| L. Limit (95%) | 31.3 |
| U. Limit (95%) | 31.9 |
| 1906360 | 42.0 |
| 1906360 | 42.1 |
| 1906360 | 42.1 |
| **Average** | **42.1** |
| Std. Dev. | 0.0 |
| L. Limit (95%) | 42.0 |
| U. Limit (95%) | 42.2 |
| 1906361 | 41.6 |
| 1906361 | 41.5 |
| 1906361 | 42.0 |
| **Average** | **41.8** |
| Std. Dev. | 0.3 |
| L. Limit (95%) | 40.9 |
| U. Limit (95%) | 42.4 |
| 1906362 | 41.6 |
| 1906362 | 41.7 |
| 1906362 | 41.3 |
| **Average** | **41.5** |
| Std. Dev. | 0.2 |
| L. Limit (95%) | 41.0 |
| U. Limit (95%) | 42.1 |
| 1906364 | 41.1 |
| 1906364 | 41.4 |
| 1906364 | 41.1 |
| **Average** | **41.2** |
| Std. Dev. | 0.1 |
| L. Limit (95%) | 40.7 |
| U. Limit (95%) | 41.6 |
| 1906365 | 42.2 |
| 1906365 | 42.0 |
| 1906365 | 40.9 |
| **Average** | **41.6** |
| Std. Dev. | 0.8 |
| L. Limit (95%) | 39.6 |
| U. Limit (95%) | 43.6 |
| 1906366 | 41.2 |
| 1906366 | 41.2 |
| 1906366 | 41.0 |
| **Average** | **41.1** |
| Std. Dev. | 0.1 |
| L. Limit (95%) | 40.8 |
| U. Limit (95%) | 41.5 |

29-Jan-21 10:34 Revision: 0 — Labstat International Inc.