# EXHIBIT 4

COMPANY ANNOUNCEMENT

# Drip More, LP Voluntarily Recalls Four Lots of Candy King – Worms 3 mg 100 mL due to Elevated Nicotine Content

*This recall has been completed and FDA has terminated this recall.*

When a company announces a recall, market withdrawal, or safety alert, the FDA posts the company's announcement as a public service. FDA does not endorse either the product or the company.

Read Announcement     View Product Photos

## Summary

**Company Announcement Date:**

May 31, 2019

**FDA Publish Date:**

May 31, 2019

**Product Type:**

Tobacco

**Reason for Announcement:**

Nicotine content higher than indicated on product label

**Company Name:**

Drip More, LP

**Brand Name:**

Candy King - Worms

**Product Description:**

E-liquid

## Company Announcement

Drip More, LP (Drip More) is voluntarily recalling four lots of Candy King – Worms 3mg/100mL that were produced by a contract manufacturer. The product has been found to contain a higher concentration of nicotine than the label indicates. The higher concentration

of nicotine has the potential to cause immediate and potentially serious adverse health effects. Symptoms of nicotine over exposure may include nausea, vomiting, rapid heart rate, pale skin, headache, dizziness, confusion, and seizures. Any accidental nicotine exposure in children may be harmful or fatal. Seek immediate medical attention if needed or call the Poison Control Center at 1-800-222-1222.

Drip More has received no reports of illness or injury to date. Some consumers have complained that the product tastes bad, bitter, and/or harsh. Consumers who have purchased these products are urged not to use them and return the products for a full refund or exchange.

Approximately 7,105 units of the affected product were shipped to distributors, wholesalers, retailers, and consumers in AL, AZ, CA, CO, FL, GA, ID, IL, KY, LA, MI, MN, MT, NC, NJ, NV, NY, OH, OK, PA, TN, TX, UT, WA, WV, WY.

The recall applies to the following product: Candy King - Worms 3mg 100ml. To identify the affected product, consumers should look for the following information:

- Candy King - Worms 3mg/100ml - Lot Number: WO03021819-1
- Candy King - Worms 3mg/100ml - Lot Number: WO03021819-2
- Candy King - Worms 3mg/100ml - Lot Number: WO03021819-3
- Candy King - Worms 3mg/100ml - Lot Number: WO03021819-4

and a Universal Product Code (UPC barcode) of 653341196767 located in two places on the product: (1) on the bottom portion of panel C of the outer packaging box; and (2) on the bottom portion of panel C of the label on the bottle. Below are photographs of the affected product, lot number, and UPC on the box.

Drip More is notifying its distributors and customers by email and written correspondence, and is arranging for return and replacement of all recalled products. Consumers, retailers, and distributors that have the product that is being recalled should stop using the product, remove it from distribution/sale, and return it to the place of purchase. Consumers who purchased the product may return it to the retail location where the purchase was made for a full refund or exchange, or contact Drip More at orders@dripmore.com (mailto:orders@dripmore.com).

Retailers and distributors should contact Drip More directly to arrange an exchange of the product.

This voluntary recall is being conducted with the knowledge of the U.S. Food and Drug Administration.

Adverse reactions or quality problems experienced with the use of this product may be reported to the FDA Center for Tobacco Products safety reporting portal: https://www.safetyreporting.hhs.gov (https://www.safetyreporting.hhs.gov)

## Company Contact Information

**Consumers:**

Drip More

📞 951-682-1033

**Media:**

Brian Bereber

📞 323-977-0288

## Product Photos

















More Recalls, Market
Withdrawals, &
Safety Alerts (/safety/recalls-market-withdrawals-safety-alerts)